1  **STEPHEN D. DEMIK**
California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Tamayo-Martinez

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )   CASE NO. 08MJ8380
                                       )
11         Plaintiff,                  )
                                       )
12 v.                                  )
                                       )   **NOTICE OF APPEARANCE**
13 MANUEL TAMAYO-MARTINEZ,             )
                                       )
14                                     )
           Defendant.                  )
15 _____ )

16         Pursuant to implementation of the CM/EMF procedures in the Southern District of

17 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

18 attorney in the above-captioned case.

19                                              Respectfully submitted,

21 Dated: May 12, 2008                           /s/ *STEPHEN D. DEMIK*
                                                 Federal Defenders of San Diego, Inc.
22                                               Attorneys for Defendant
                                                 Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: May 12, 2008
    /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)