UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

MANUEL TAMAYO-MARTINEZ,

           Defendant.

CASE NO. 08CR1802-IEG

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 3, 2008

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on _____

United States Marshal

By: _____
USMS Criminal Section